United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Juan Carlos Gil, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 16-23020-Civ-Scola |
| | ) |
| Winn-Dixie Stores, Inc., Defendant | ) |

### Order Granting Plaintiff's Unopposed Motion for Award of Fees and Costs

This matter is before the Court on the Plaintiff's Verified Unopposed Motion for an Award of Attorneys' Fees and Costs (ECF No. 73). Having reviewed the motion, the record, the relevant legal authorities, and otherwise being fully advised in the premises, it is hereby **ordered and adjudged** that the Plaintiff's motion is **granted** (**ECF No. 73**). As the prevailing party in an ADA case, the Plaintiff is entitled to an award of $5,392.06 in costs, which includes taxable costs in the amount of $1,952.51, and non-taxable costs in the amount of $3,439.55, plus an award of reasonable attorneys' fees in total amount of $99,879.00. Execution of this Order is hereby **stayed** until resolution of the Defendant's appeal, *Juan Gil v. Winn-Dixie, Inc.*, Case No. 17-13467-C, currently pending before the United States Court of Appeals for the Eleventh Circuit Court.

**Done and ordered**, at Miami, Florida, on August 15, 2017.

Robert N. Scola, Jr.
United States District Judge