United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Juan Carlos Gil, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-23020-Civ-Scola |
| | ) | |
| Winn-Dixie Stores, Inc., Defendant | ) | |

## Order

Pursuant to the Eleventh Circuit's mandate (ECF No. 95) the Court dismisses this case as moot. This case will remain **closed**.

**Done and ordered** at Miami, Florida on March 10, 2022.

_____
Robert N. Scola, Jr.
United States District Judge